UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR IVAN VELASQUEZ-QUINONEZ,<br><br>Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Respondent. | No. 2:17-cv-0142 AC P<br><br>ORDER |

Petitioner, an inmate who is being detained by Immigration and Customs Enforcement, proceeding pro se, has filed an application which he designates as one for a writ of error coram nobis, though it appears to actually be a petition for habeas corpus pursuant to 28 U.S.C. § 2254. He has also brought a request to proceed in forma pauperis. In his application, petitioner challenges a conviction issued by the Kern County Superior Court. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See L.R. 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. This court will not rule on petitioner's request to proceed in forma pauperis.

1

1 | Good cause appearing, IT IS HEREBY ORDERED that:

2 | 1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3 | 2. This action is transferred to the United States District Court for the Eastern District of
4 | California sitting in Fresno; and

5 | 3. All future filings shall reference the new Fresno case number assigned and shall be
6 | filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: February 2, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE